DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GRETA SEMSROTH, et al.,**

          **Plaintiffs,**

                              **CIVIL ACTION**

v.

                              **No. 06-2376-KHV-DJW**

**CITY OF WICHITA, et al.,**

          **Defendants.**

## ORDER

Pending before the Court is Plaintiffs' Motion for Extension of Time to Complete Discovery (doc. 54). Plaintiffs request that the Court extend the period for completing discovery by thirty days. Discovery is presently set to close on November 1, 2007. The Court finds that Plaintiffs' counsel has established good cause for extending the discovery period through and until November 30, 2007, Such an extension will not prejudice Defendant or delay the pretrial conference, which is set for December 18, 2007. The Court will therefore grant Plaintiffs' motion.

Also pending before the Court is Defendant's Motion to Compel Responses to Discovery (doc. 49). The Court will grant the Motion and order Plaintiffs to serve their discovery responses on or before November 21, 2007. Absent extraordinary circumstances, **no further extensions to respond to Defendant's discovery requests will be granted.**

**IT IS THEREFORE ORDERED** that Defendant's Motion to Compel Responses to Discovery (doc. 49) is granted. Plaintiffs shall serve their responses to Defendant's requests for production, requests for admission, and interrogatories on or before **November 21, 2007.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Complete Discovery (doc. 54) is granted. All discovery shall be commenced in time to be completed by **November 30, 2007.**

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 1st day of November 2007.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:   All counsel and *pro se* parties