DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GRETA SEMSROTH, et al.,**

                      **Plaintiffs,**

                                            **CIVIL ACTION**

**v.**

                                            **No. 06-2376-KHV-DJW**

**CITY OF WICHITA,**

                      **Defendant.**

## NOTICE AND ORDER TO SHOW CAUSE

**TO PLAINTIFF HEATHER PLUSH:**

Pending before the Court is Defendant's Motion for Sanctions (doc. 56), in which Defendant seeks sanctions against Plaintiff Heather Plush. In its motion, Defendant seeks an order of sanctions, including dismissal of Ms. Plush's claims, based on her failure to appear for her properly noticed deposition. The motion states that Defendant served on October 12, 2007 a notice to take Ms. Plush's deposition on October 26, 2007. It further states that Ms. Plush failed to appear for her deposition, and that she did not seek to reschedule the deposition or file a motion for protective order to relieve her of the obligation to appear for her deposition.

**IT IS THEREFORE ORDERED** that Plaintiff Heather Plush shall, on or before **December 6, 2007**, show cause in writing to United States Magistrate Judge Waxse why she should not be sanctioned for her failure to appear for her properly noticed deposition.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 15th day of November, 2007.

s/ David J. Waxse
 David J. Waxse
U.S. Magistrate Judge

cc: All counsel and pro se parties